IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RUTHERFORD CONTRACTING, LLC                                PLAINTIFF

VS.                                                        NO.:1:14cv146-GHD-DAS

ALPINE LAND DEVELOPMENT, INC,
and DOUG and SUSAN PICKERAL,                               DEFENDANTS

---

### AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

THE COURT, being advised of a compromise between the parties, hereby dismisses this matter with prejudice as to all parties.

SO ORDERED, THIS THE 5th day of January 2015.

_____
SENIOR JUDGE

APPROVED:

_____
MARC D. AMOS
*Attorney for Plaintiff*

_____ - President
SUSAN PICKERAL
for ALPINE LAND DEVELOPMENT, INC
*Pro Se*

_____
DOUG PICKERAL
*Pro Se*

_____
SUSAN PICKERAL
*Pro Se*